

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2010R01302/OCDETF#NY-NYE-643

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 1, 2015

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Pablo Vargas</u>
             <u>Criminal Docket No. 10-CR-531 (S-3) (BMC)</u>

Dear Judge Cogan:

      Pursuant to the Court's Individual Practices Section V.2, the government respectfully submits this letter, on behalf of both parties, to confirm that the parties are prepared to proceed with the sentencing of defendant Pablo Vargas as scheduled on September 8, 2015, at 3:45 p.m.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:    /s/
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-6268

cc:   Sam Talkin, Esq. (by ECF)
      Cheryl M. Fiorillo, Senior United States Probation Officer (by e-mail)